AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida at Fort

| | |
|---|---|
| VLADIMIR ZEEV SHEVRIN | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| BENNET M. RACKMAN, SOPHIA HERSHMAN RACKMAN, AMERICAN FRIENDS OF BAR ILAN UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT EL | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   0:25-cv-62687-PMH

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   BENNET M. RACKMAN
1011 Upminster J, Deerfield Bcr, FL 33442
Tel. (718)634-3872

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____   Dec 30, 2025



**SUMMONS**

s/ B. Chin

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida at Fort

VLADIMIR ZEEV SHEVRIN )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 0:25-cv-62687-PMH
)
BENNET M. RACKMAN, SOPHIA HERSHMAN )
RACKMAN, AMERICAN FRIENDS OF BAR ILAN )
UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT )
EL )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SOPHIA HERSHMAN RACKMAN
7076 Mandarin Dr, Boca Raton, FL. 33433
Tel. (917)701-7709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ Dec 30, 2025 _____



**SUMMONS**

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida at Fort

| | |
|---|---|
| VLADIMIR ZEEV SHEVRIN<br><br>_Plaintiff(s)_<br>v.<br><br>BENNET M. RACKMAN, SOPHIA HERSHMAN RACKMAN, AMERICAN FRIENDS OF BAR ILAN UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT EL<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   0:25-cv-62687-PMH<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   NAVA GADISH
10 Hatanaa, Zihron Yakov,
Israel
Tel. +972.4.629.00.77

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___ Dec 30, 2025



Angela E. Noble
Clerk of Court

s/ B. Chin

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida at Fort

| | |
|---|---|
| VLADIMIR ZEEV SHEVRIN | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 0:25-cv-62687-PMH |
| BENNET M. RACKMAN, SOPHIA HERSHMAN RACKMAN, AMERICAN FRIENDS OF BAR ILAN UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT EL | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   LORI GEIZLER
5 Hayarkon, Bnei Brak, Flor 12, Building B,
Israel
Tal. +972.73.705.14.80

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Dec 30, 2025

Angela E. Noble
Clerk of Court

_s/ B. Chin_

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida at Fort

| | |
|---|---|
| VLADIMIR ZEEV SHEVRIN <br><br> _Plaintiff(s)_ <br><br> v. <br><br> BENNET M. RACKMAN, SOPHIA HERSHMAN RACKMAN, AMERICAN FRIENDS OF BAR ILAN UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT EL <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  0:25-cv-62687-PMH |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   GILA GADOT
18 Shderot Ben Zvi, Netania
Israel
Israel Enforcement and Collections Authority,
Tel. +972.73.205.50.00

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _Dec 30, 2025_ _____ _____



**SUMMONS**

s/ _B. Chin_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida at Fort

VLADIMIR ZEEV SHEVRIN ⟩
⟩
⟩
⟩
_____ ⟩
*Plaintiff(s)* ⟩
v. ⟩      Civil Action No.    0:25-cv-62687-PMH
⟩
BENNET M. RACKMAN, SOPHIA HERSHMAN ⟩
RACKMAN, AMERICAN FRIENDS OF BAR ILAN ⟩
UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT ⟩
EL ⟩
_____ ⟩
*Defendant(s)* ⟩

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AVIAD IGRA
18 Shderot Ben Zvi, Netania
Israel
Israel Enforcement and Collections Authority,
Tel. +972.73.205.50.00

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____   Dec 30, 2025   _____



**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida at Fort

| | |
|---|---|
| VLADIMIR ZEEV SHEVRIN <br><br> *Plaintiff(s)* <br><br> v. <br><br> BENNET M. RACKMAN, SOPHIA HERSHMAN RACKMAN, AMERICAN FRIENDS OF BAR ILAN UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT EL <br><br> *Defendant(s)* | Civil Action No.  0:25-cv-62687-PMH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   INBAL KIBENSON
10 Hacarmel, Tivon,
Israel
Tel. +972.54.246.77.46

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Dec 30, 2025



**SUMMONS**

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida at Fort

| | |
|---|---|
| VLADIMIR ZEEV SHEVRIN | ) <br> ) <br> ) <br> ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.    0:25-cv-62687-PMH |
| BENNET M. RACKMAN, SOPHIA HERSHMAN RACKMAN, AMERICAN FRIENDS OF BAR ILAN UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT EL | ) <br> ) <br> ) <br> ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   AMERICAN FRIENDS OF BAR
ILAN UNIVERSITY
3330 NE 190th St, Unit 919
Aventura FL 33180
Tel. 335.3998.(305)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Dec 30, 2025

_s/ B. Chin_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida at Fort

| | |
|---|---|
| VLADIMIR ZEEV SHEVRIN | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| BENNET M. RACKMAN, SOPHIA HERSHMAN | ) |
| RACKMAN, AMERICAN FRIENDS OF BAR ILAN | ) |
| UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT | ) |
| EL | ) |
| _Defendant(s)_ | ) |

Civil Action No.   0:25-cv-62687-PMH

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  GALIT BEN GAL
8 Hashkemim, Ramat Ishay,
Israel,
Tel. +972.4.900.10.22

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Dec 30, 2025  _____

s/ B. Chin

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida at Fort

|  |  |  |
|---|---|---|
| VLADIMIR ZEEV SHEVRIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  0:25-cv-62687-PMH |
| BENNET M. RACKMAN, SOPHIA HERSHMAN RACKMAN, AMERICAN FRIENDS OF BAR ILAN UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT EL | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  VARDA PLAUT
14 Nir, Petah Tikva
Israel
Tel. +972.3.924.70.31

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____  Dec 30, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

_s/ B. Chin_

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida at Fort

<table>
<tr><td>VLADIMIR ZEEV SHEVRIN<br><br><br><br>————————————————<br><i>Plaintiff(s)</i><br>v.<br><br>BENNET M. RACKMAN, SOPHIA HERSHMAN<br>RACKMAN, AMERICAN FRIENDS OF BAR ILAN<br>UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT<br>EL<br>————————————————<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   0:25-cv-62687-PMH</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ZVI WEIZMAN
9 Haziyonut, Givat Shmuel,
Israel
Tel. +972.50.625.55.65

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  _____ Dec 30, 2025 _____

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida at Fort

| | |
|---|---|
| VLADIMIR ZEEV SHEVRIN <br><br> *Plaintiff(s)* <br><br> v. <br><br> BENNET M. RACKMAN, SOPHIA HERSHMAN RACKMAN, AMERICAN FRIENDS OF BAR ILAN UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT EL <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  0:25-cv-62687-PMH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YULIA SHEVRIN
95/14 Ben Zvi, Netania
Israel
Tel. +972.52.986.040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____   Dec 30, 2025   _____

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida at Fort

<table>
<tr><td>VLADIMIR ZEEV SHEVRIN<br><br><br><br><br>_____<br><i>Plaintiff(s)</i><br><br>v.<br><br>BENNET M. RACKMAN, SOPHIA HERSHMAN<br>RACKMAN, AMERICAN FRIENDS OF BAR ILAN<br>UNIVERSITY, SHIRLEY SHAY, NAVA GADISH, AT<br>EL<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   0:25-cv-62687-PMH</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CARMIT BEN ELIEZER
Sderot Hatsiyonut 3, Lod
Israel
District Court of Lod
Tel. +972.772.703.333

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vladimir Zeev Shevrin
1302 E Las Olas Boulevard,
Fort Lauderdale, FL, 33301 USA
Tel. 954-780-6770
Mail. orosto@walla.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ Dec 30, 2025 _____



**SUMMONS**

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court