UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA AT FORT LAUDERDALE

VLADIMIR ZEEV SHEVRIN,

        Plaintiff

-v-

BENNET M. RACKMAN, SOPHIA HERSHMAN
RACKMAN, AMERICAN FRIENDS OF BAR
ILAN UNIVERSITY, SHIRLEY SHAI, NAVA
GADISH, VARDA PLAUT, CARMIT BEN
ELIEZER, ZVI WEIZMAN, GILA GADOT,
AVIAD IGRA, YULIA SHEVRIN, LORI
GEIZLER, GALIT BEN GAL, and INBAL
KIBENSON,

        Defendants

Case No: 0:25-CV-62687

REQUEST TO
ENTER DEFAULT

FILED BY _CWC_____ D.C.

APR 2 9 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

TO THE VLERK OF THE COURT:

Request is made that you enter default.

Plaintiff hereby declares and cerifies that all defendants wre served, and are fully aware
of the complaint, additional emails were sent to them by me, and they have not
responded.

Dated:   Fort Lauderdale, FL
       April 23, 2026

**Vladimir Zeev Shevrin**

1302 E Las Olas Boulevard,

Fort Lauderdale, FL, 33301 USA

Tel. 954-780-6770

1

Certificate of Service

I Vladimir Shevrin hereby certify that I served the within Request for a Entry of a Default upon the following defendants on April 24, 2026, as follows:

By regular mail to:
Bennet M. Rackman
1011 Upminster J, Deerfield Bch, FL 33442  (718) 634-3872


By regular mail to:
Sophia Hershman Rackman

7076 Mandarin Dr, Boca Raton, FL 33433
Tel. (917) 701-7709

By regular mail to:
American Friends of Bar Ilan AFBIU
c/o Jessica Levy Rozental Ben Nun

Director of Development Southern Regional

3330 NE 190th St, Unit 919, Aventura FL 33180

Tel. (305)-335-3998, email: jessica@shebamed.org

By emails to known emails for independent defendants

Yulia Shevrin: yuliam@tnuva.co.il,
Ben-Gal: bengaloffice.law@gmail.com
Inbal Bar-On Kibenson:  baroninbal1@gmail.com
Lori Geisler: lori@geizler.co.il,

By email to known Lawyers for Bennet Rackman and Sophia Rackman

**FisherBroyles, LLP**
Mail: 10501 Crow Wing Cove | Austin, TX 78730 | USA
Office: 501 Congress Avenue, #150 | Austin, TX 78701 | USA
Tel. 214-924-9504
William Akins william.akins@fisherbroyles.com
Yakov Kohl ykohl@smplaw.co.il, and rshay@smplaw.co.il

By email to known attorneys for American Friends of Bar Ilan:

HINSHAW & CULBERTSON LLP
800 Third Avenue, New York, NY 10022, Tel.  +1-212-471-6200, fax +1-212-935-1166
Email: gglickman@kdvlaw.com

2

By email to known emails to Israeli Officials:

ronam@court.gov.il, Shiril@court.gov.il, BarakL@court.gov.il ,
hativat.shoftim@court.gov.il and Galitba@court.gov.il, kfs-m@eca.gov.il, kfs-
hayavim@eca.gov.il, MiriamRachelG@justice.gov.il,  (Marlene Mazel)
MarleneM@justice.gov.il, (Sharon Gefen) SharonG@justice.gov.il, (Itai Apter)
ItaiA@justice.gov.il, (Roni Ben David ye,ihak) RoniBen@justice.gov.il

By email to known lawyers for State of Israel (employer) on retainer:

Stephen.Wirth@arnoldporter.com, Reeves.Anderson@arnoldporter.com,
John.Bellinger@arnoldporter.com,


Dated:   Fort Lauderdale, FL
         April 23, 2026


**Vladimir Zeev Shevrin**

1302 E Las Olas Boulevard,

Fort Lauderdale, FL, 33301 USA

Tel. 954-780-6770

3





ORIGIN ID:MEOA   (980) 987-9020
YEHONATAN KAPACH
PUBLIC LOCKSMITH LLC
13929 DALTREY LN

CHARLOTTE, NC 28277
UNITED STATES US

SHIP DATE: 27APR26
ACTWGT: 0.15 LB
CAD: 6571093/ROSA2710

BILL THIRD PARTY

TO **FLORIDA SOUTHERN DISTRICT COURT**

**299 EAST BROWARD BOULEVARD**

**FORT LAUDERDALE FL 33301**
(954) 769-5400
INV:                        REF:
PO:                              DEPT:

**FedEx**
Express

E

TRK# 8711 2963 9584
0201

**WED – 29 APR 5:00P**
** 2DAY **

33301
FL-US   FLL



Contents X-RAYED
U.S. Marshal Service
Post 1

Envelope SP HWOA

Recycle me

33301-1944-99
FORT LAUDERDALE,FL